IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>REXFORD "RICK" D. BELSHAW; SHERYL M. BELSHAW; JOHN TERVEER, individually, and in his capacity as Trustee of the TERVEER FAMILY TRUST; KAREN L. TERVEER, individually, and in her capacity as Trustee of the TERVEER FAMILY TRUST; FIRST AMERICAN TITLE COMPANY OF NEVADA, as Trustee of open end deed of trust; CITIBANK (WEST), FSB, as beneficiary of open end deed of trust; and WASHINGTON MUTUAL BANK, FA,<br><br>Defendants. | Civil No. 07-cv-00080-RCJ-VPC |
| JOHN and KAREN TERVEER, individually and in their capacity as Trustees of the TERVEER FAMILY TRUST; WASHINGTON MUTUAL BANK, FA CITIBANK, NA, as successor by merger to CITIBANK (WEST), FSB<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>CounterClaim Defendant. | [PROPOSED] ORDER |

Before the Court is the remaining parties' joint motion to amend the Discovery Plan and Scheduling Order [Rec. Doc. 58] and extend discovery. Upon consideration of the motion and for good cause showing, accordingly,

/ / /

/ / /

/ / /

Case 3:07-cv-00080-RCJ-VPC   Document 100   Filed 08/02/10   Page 2 of 2

Case 3:07-cv-00080-RCJ-VPC   Document 98   Filed 07/28/10   Page 2 of 2

1  **IT IS HEREBY ORDERED** that the parties' motion is **GRANTED**. The Discovery Plan and
2  Scheduling Order is hereby amended to extend the discovery deadline by thirty (30) days, or until August
3  27, 2010.
4      **THUS DONE AND SIGNED** in _Reno_, Nevada, this _2nd_ day of
5  _August_, 2010.

6  _/s/ Valerie P. Cooke_
7  United States Magistrate Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -