FILED ✓ / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 18 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

GERRARD, COX & LARSEN
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
(702) 796-4000

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>REXFORD "RICK" DEAN BELSHAW; )<br>SHERYL M. BELSHAW; JOHN TERVEER, )<br>individually, and in his capacity as Trustee of THE )<br>TERVEER FAMILY TRUST; and KAREN L. )<br>TERVEER, individually, and in her capacity as )<br>Trustee of THE TERVEER FAMILY TRUST, )<br>FIRST AMERICAN TITLE INSURANCE )<br>COMPANY OF NEVADA, AS TRUSTEE OF )<br>OPEN END DEED OF TRUST; CITIBANK )<br>(WEST), FSB, AS BENEFICIARY OF OPEN )<br>END DEED OF TRUST, and WASHINGTON )<br>MUTUAL BANK, NA, )<br>)<br>Defendants. )<br>_____ )<br>)<br>AND RELATED CLAIMS. )<br>_____ ) | Case No.: 07-CV-00080-BES-VPC |

**STIPULATION AND ORDER TO DISMISS, WITH PREJUDICE**

///

1

## STIPULATION AND ORDER TO DISMISS, WITH PREJUDICE

Defendants, John Terveer and Karen L. Terveer, individually, and in their capacity as Trustees of the Terveer Family Trust and Washington Mutual Bank, NA, by and through their counsel of record, Gerrard Cox Larsen and Plaintiff, the United States of America, by and through its counsel of record, Nathaniel B. Parker, Esq. of the U.S. Department of Justice, hereby stipulate and agree to dismiss the above matter, with prejudice, each party to bear their own attorneys fees and costs, **except that Plaintiff must still submit payment to Randy Martorano for his deposition, taken by the Plaintiff.**

Dated this 16th day of February, 2011.   Dated this 16th day of February, 2011.

**GERRARD COX LARSEN**   **U.S. DEPARTMENT OF JUSTICE**

/s Gary C. Milne, Esq.   /s/ Nathaniel P. Parker, Esq.
Douglas D. Gerrard, Esq.   Nathaniel P. Parker, Esq.
Gary C. Milne, Esq.   Trial Attorney, Tax Division
Nevada Bar No. 3653   U.S. Department of Justice
2450 St. Rose Parkway, Suite 200   P.O. Box 683, Ben Franklin Station
Henderson, NV 89074   Washington, D.C. 20044-0683
*Attorneys for Defendants / Counterclaimants / Crossclaimants, John Terveer and Karen L. Terveer, individually, and in their capacity as Trustee of the Terveer Family Trust and Washington Mutual Bank, NA*   *Attorneys for Plaintiff, United States of America*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: March 18, 2011

###

2